UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GERACI, <br><br>         Plaintiff, <br><br>    vs. <br><br> US BANCORP dba US BANK, <br><br>         Defendant(s). | Case No.: 2:17-cv-02670-CBM-JC <br><br> **[PROPOSED] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

## **[PROPOSED] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE**

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 1, 2017

By:_____

Consuelo B. Marshall

United States District Judge

PROPOSED ORDER